IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 04-cv-02341-WDM-BNB

DONALD A. HEATH, JR., through his parent and legal guardian, MICHELE ORTEZ,

Plaintiff,

v.

TED MINK, the Sheriff of Jefferson County in his official capacity as Jefferson County Sheriff,
LT. DAN HARRI, a lieutenant for the Jefferson County Sheriff's Department in his individual and official capacity,
ROBERT FOREMAN, a deputy sheriff for the Jefferson County Sheriff's Department in his individual and official capacity,
STEVE VINCZE, a deputy sheriff for the Jefferson County Sheriff's Department in his individual and official capacity,
J. GRAYSON ROBINSON, the Sheriff of Arapahoe County in his official capacity as Arapahoe County Sheriff,
CARLA CODY, a deputy sheriff for the Arapahoe County Sheriff's Department in her individual and official capacity,
EDWARD SMITH, a deputy sheriff for the Arapahoe County Sheriff's Department in his individual and official capacity,
ROY HOOD, a deputy sheriff for the Arapahoe County Sheriff's Department in his individual and official capacity,
MIKE CLAXTON, a deputy sheriff for the Arapahoe County Sheriff's Department in his individual and official capacity,
BERNADETTE SANCHEZ, an employee for the Arapahoe County Sheriff's Department in her individual and official capacity,
SHERRY STUART, a classification specialist for the Arapahoe County Sheriff's Department in her individual and official capacity,
CHERIE CARLISE, a classification specialist for the Arapahoe County Sheriff's Department in her individual and official capacity,
ERNIE TISDELL, a classification specialist for the Arapahoe County Sheriff's Department in his individual and official capacity,
LT. JAMES MCCORD, a lieutenant for the Arapahoe County Sheriff's Department in his individual and official capacity,
LT. MICHAEL TENNESSON, a lieutenant for the Arapahoe County Sheriff's Department in his individual and official capacity,

Defendants.

_____

**ORDER**

_____

This matter is before me on the parties' **Stipulated Motion for Stay** (the "Motion"), filed October 24, 2005.  The Motion is GRANTED.

I am informed that the parties have settled the case.  The plaintiff is a minor, however, and the settlement must be approved by the probate court.  A court date concerning that approval has been set in the Jefferson County Probate Court on November 7, 2005.  The parties seek a stay of all proceedings to allow them to obtain the necessary approval and thereafter to dismiss the case. Good cause exists for the requested relief.  Accordingly,

IT IS ORDERED that the Motion is GRANTED, and all pretrial deadlines are stayed pending the approval of the parties' settlement.

IT IS FURTHER ORDERED that the parties shall file a motion to dismiss the case within 10 days after the receipt of the necessary approval, or the plaintiff shall file a status report within 10 days of any order disapproving the proposed settlement.

IT IS FURTHER ORDERED that the parties shall file a status report concerning the progress of obtaining approval of the settlement on or before **January 3, 2006**, and quarterly thereafter until the settlement is approved or disapproved.

Dated October 24, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge