IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 04-cv-02341-WDM-BNB

DONALD A. HEATH, JR. THROUGH PARENT AND LEGAL GUARDIAN, MICHELE ORTEZ,

    Plaintiff,

v.

TED MINK, et al.,

    Defendants.

## NOTICE OF DISMISSAL

The court takes judicial notice that the parties have filed a Stipulated Motion to Dismiss With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on November 14, 2005.

                        BY THE COURT:

                        /s/ Walker D. Miller
                        United States District Judge